```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF OHIO
                      EASTERN DIVISION
```

| | | |
|---|---|---|
| LAWLOR & ASSOCIATES, INC. dba LAWLOR & COMPANY, | ) ) ) | CASE NO.: 1:05CV1102 |
| Plaintiff, | ) ) ) | JUDGE GAUGHAN |
| v. | ) ) | |
| HAMILTON BEACH/PROCTOR-SILEX, INC., | ) ) ) | STIPULATION OF DISMISSAL WITH <u>PREJUDICE</u> |
| Defendant. | ) ) | |

The parties, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate and dismiss with prejudice all claims, each party to bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| BROWN AND AMODIO, LPA | NICOLA, GUDBRANSON & COOPER, LLC |
| /s/ James A. Amodio | /s/Matthew T. Fitzsimmons |
| James A. Amodio (0024657) | Matthew T. Fitzsimmons (0013404) |
| Gerald L. Jeppe (0023407) | R. Christopher Yingling (0066551) |
| 109 West Liberty Street | Landmark Office Towers |
| Medina, Ohio 44256 | Republic Building, Suite 1400 |
| Phone: (330) 725-8816 | 25 W. Prospect Avenue |
| Fax: (330) 723-5448 | Cleveland, Ohio 44115-1048 |
| Email: brownlaw@zoominternet.net | Phone: (216) 621-7227 |
| | Fax: (216) 621-3999 |
| Attorney for Plaintiff Lawlor & Associates, Inc. | E-mail: fitzsimmons@nicola.com |

29144v1

```
                    MCGUIREWOODS LLP

                    /s/ Bryan A. Fratkin
                    _____
                    Bryan A. Fratkin (38933)(VA STATE BAR)
                    Brian E. Pumphrey (47312)(VA STATE BAR)
                    One James Center
                    901 East Cary Street
                    Richmond, Virginia 23219
                    Phone:    (804)775-1000
                    Fax:      (804)775-1062
                    E-mail:   bfratkin@mcguirewoods.com
                              bpumphrey@mcguirewoods.com

                    Attorneys for Defendant
                    Hamilton Beach/Proctor-Silex, Inc.
```

IT IS SO ORDERED.

_____/s/ Patricia A. Gaughan_____
　　　　　　　　　　　JUDGE

_____8/29/05_____
　　　　　　　　　　　DATE

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2005, a copy of foregoing Stipulation of Dismissal with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Matthew T. Fitzsimmons
Matthew T. Fitzsimmons (0013404)

Attorney for Defendant
